**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 10-8171-PCT-GMS |
| Plaintiff, | |
| vs. | **DETENTION ORDER** |
| Brennen Larry Nez, | |
| Defendant. | |

On November 3, 2011, defendant Brennen Larry Nez appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the Defendant should be re-released on conditions set by the Court.

For the reasons set forth in detail on the record, the Court finds, by clear and convincing evidence, that the Defendant has violated the conditions of release and further finds, by a preponderance of the evidence, that Defendant is unlikely to abide by any conditions the Court might set. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED REVOKING Defendant's pretrial release. Defendant shall be detained pending further proceedings.

DATED this 3rd day of November, 2011.

David K. Duncan
United States Magistrate Judge